F.#2007R00297

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                       08 CR 187 (DLI)

LASHAWN EVANS,

            Defendant.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Alexander A. Solomon from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant United States Attorney Alexander A. Solomon
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East, 2nd Floor
        Tel: (718) 254-6074
        Fax: (718) 254-6230
        Email: alexander.solomon@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alexander A. Solomon at the email address set forth above.

Dated:     Brooklyn, New York
           July 5, 2012

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney


           By:    _____/s/_____
                  Alexander A. Solomon
                  Assistant U.S. Attorney

cc:  Clerk of the Court (DLI)